IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LISA A. RABBE,

Plaintiff,

vs.

WELLS FARGO, N.A., GOVERNMENT NATIONAL MORTAGE ASSOCIATION, as Trustee for Guaranteed Remic Pass-Through Securities and MX Securities Ginnie Mae Remic Trust 2003-062; HOMESERVICES LENDING, LLC, and JOHN DOES 1-100,

Defendants.

**8:18CV561**

**ORDER**

Plaintiff has filed a complaint, (Filing No. 1), and an "Ex Parte Motion for Temporary Restraining Order and Injunction." (Filing No. 3). Upon review of the motion, the court see no reason why the motion should not be filed on the public docket.

Plaintiff also submitted proposed summons, including summons for parties not named in either the caption or the body of the complaint.

Accordingly,

IT IS ORDERED:

1) Plaintiff's "Ex Parte Motion for Temporary Restraining Order and Injunction," (Filing No. 3), shall be placed on the public docket.

2) The clerk shall issue only the summons for the parties named in Plaintiff's caption, copies of which are attached.

December 4, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge