IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA A. RABBE,<br><br>   Plaintiff,<br><br>vs.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, as Trustee for Guaranteed Remic Pass-Through Securities and MX Securities Ginnie Mae Memic Trust 2003-062; and HOMESERVICES LENDING, LLC, doing business as CBS Home Mortgage;<br><br>   Defendants. | 8:18-CV-561<br><br>ORDER TO SHOW CAUSE |

IT IS ORDERED:

1. Pursuant to the Court's Memorandum and Order of April 8, 2019 (filing 38), the plaintiff shall show cause on or before October 13, 2020 why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) or for want of prosecution.

2. The Clerk of the Court shall set a show cause deadline for October 13, 2020.

Dated this 29th day of September, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge