IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA A. RABBE,<br><br>               Plaintiff,<br><br>vs.<br><br>GOVERNMENT NATIONAL MORTAGE ASSOCIATION, as Trustee for Guaranteed Remic Pass-Through Securities and MX Securities Ginnie Mae Memic Trust 2003-062; and HOMESERVICES LENDING, LLC, doing business as CBS Home Mortgage;<br><br>               Defendants. | 8:18-CV-561<br><br>ORDER |

      This matter is before the Court on its own motion following the plaintiff's failure to respond to the Court's order to show cause (filing 41) directing the plaintiff to show cause why this case should not be dismissed, as to the remaining defendants, for failure to serve process or want of prosecution. Cause not having been shown, the case will be dismissed.

      This case was filed in December 2018, and while summons was issued and returned "executed," the Court's memorandum and order of April 8, 2019 explained why the plaintiff's showing of service was insufficient. Filing 38. The plaintiff was given until May 7, 2019 to serve the remaining defendants. Filing 38. The Court even informed the plaintiff how each of the remaining named defendants could be properly served. Filing 38 at 2-3, 5 n.1.

      The plaintiff did not ask for summons to be reissued—she has, in fact, filed nothing since then. Accordingly, the Court entered its order to show cause

(filing 41), providing the plaintiff with a last opportunity to either effect service or otherwise show cause why the case should not be dismissed. Again, the plaintiff did not respond. Accordingly, cause not having been shown,

IT IS ORDERED:

1. This case is dismissed pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

2. A separate judgment will be entered.

Dated this 19th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge